Claim Register
In re Dura G.P.
Case No. 19-12369

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| ACE American Insurance Company<br>Duane Morris LLP<br>Wendy M. Simkulak, Esquire<br>30 S. 17th Street<br>Philadelphia, PA 19103-4196 | 660 | 1/3/2020 | Dura G.P. | $0.00 | | $0.00 | | $0.00 | $0.00 |
| AGC<br>AGC Glass Company North America<br>c/o Paul Garland<br>700 AFG Road<br>Church Hill, TN 37642 | 593 | 1/3/2020 | Dura G.P. | $67,762.80 | | | $8,895.36 | | $76,658.16 |
| ALL Integrated Solutions<br>Holland & Knight LLP<br>c/o Lynne B. Xerras, Esq.<br>10 St. James Avenue<br>Boston, MA 02116 | 757 | 1/6/2020 | Dura G.P. | | | | $44,717.78 | | $44,717.78 |
| ALL Integrated Solutions<br>Holland & Knight LLP<br>c/o Lynne B. Xerras, Esq.<br>10 St. James Avenue<br>Boston, MA 02116 | 793 | 1/6/2020 | Dura G.P. | $148,433.12 | | | | | $148,433.12 |
| Ankura Trust Company, LLC as Agent under that certain Credit Agreement, dated as of January 21, 2010<br>Milbank LLP<br>Attn: Eric Stodola, Andrew Harmeyer<br>55 Hudson Yards<br>New York, NY 10001 | 860 | 1/6/2020 | Dura G.P. | $0.00 | | $105,811,286.74 | | | $105,811,286.74 |
| APERAM STAINLESS SERVICE & SOLUTIONS USA, LLC<br>6775 CENTER DR.<br>STERLING HEIGHTS, MI 48312 | 306 | 12/20/2019 | Dura G.P. | $143,013.99 | | | | | $143,013.99 |
| ARAMARK Uniform & Career Apparel, LLC fka ARAMARK Uniform & Career Apparel, Inc.<br>Hawley Troxell Ennis & Hawley LLp<br>c/o Sheila R. Schwager<br>P.O. Box 1617<br>Boise, ID 83701 | 1013 | 2/19/2020 | Dura G.P. | $36,016.51 | $2,414.96 | | | | $38,431.47 |
| Armada Toolworks Ltd.<br>c/o Bankruptcy Claims Administrative Services, LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 | 847 | 1/6/2020 | Dura G.P. | $2,794.11 | | | $1,000.84 | | $3,794.95 |

Claim Register
In re Dura G.P.
Case No. 19-12369

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| ASSURANCE OPERATION CORPORATION D/B/A AOC METAL WORKS<br>2005 LIBERTY AVENUE<br>PO BOX 98<br>LAWRENCEBURG , TN 38464 | 330 | 12/23/2019 | Dura G.P. | $70,733.54 | | | $287,065.88 | | $357,799.42 |
| ASSURANCE OPERATION CORPORATION D/B/A AOC METAL WORKS<br>2005 LIBERTY AVENUE<br>PO BOX 98<br>LAWRENCEBURG , TN 38464 | 331 | 12/23/2019 | Dura G.P. | $70,733.54 | | | $287,065.88 | | $357,799.42 |
| BMW GROUP<br>JAFFE RAITT HEUER & WEISS, P.C.<br>RICHARD KRUGER, ESQ.<br>27777 FRANKLIN RD., STE. 2500<br>SOUTHFIELD, MI 48034 | 398 | 12/27/2019 | Dura G.P. | | | $25,000.00 | | | $25,000.00 |
| Bollhoff Inc<br>c/o Bankruptcy Claims Administrative Services, LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 | 853 | 1/6/2020 | Dura G.P. | $5,750.00 | | | | | $5,750.00 |
| CHOCTAW-KAUL DISTRIBUTION COMPANY<br>3540 VINEWOOD STREET<br>DETROIT, MI 48208 | 393 | 12/30/2019 | Dura G.P. | $11,545.56 | | | | | $11,545.56 |
| Complete Prototype Services c/o Fair Harbor Capital LLC<br>PO Box 237037<br>New York, NY 10023 | 505 | 1/2/2020 | Dura G.P. | $47,565.00 | | | | | $47,565.00 |
| CRG Financial LLC (As Assignee of Ballman Metals, LLC)<br>100 Union Avenue<br>Cresskill, NJ 07626 | 814 | 1/6/2020 | Dura G.P. | $120,331.60 | | | | | $120,331.60 |
| CRG Financial LLC (As Assignee of Cornerstone Rack & Tooling LLC)<br>100 Union Avenue<br>Cresskill, NJ 07626 | 810 | 1/6/2020 | Dura G.P. | $24,653.00 | | | | | $24,653.00 |
| CRG Financial LLC (As Assignee of Mid-West Spring Mfg. Co)<br>100 Union Avenue<br>Cresskill, NJ 07626 | 880 | 1/6/2020 | Dura G.P. | $24,127.38 | | | | | $24,127.38 |
| Cumberland Die Supply c/o Fair Harbor Capital LLC<br>PO Box 237037<br>New York, NY 10023 | 510 | 1/2/2020 | Dura G.P. | $1,409.60 | | | $870.50 | | $2,280.10 |
| Cumberland Die Supply c/o Fair Harbor Capital LLC<br>PO Box 237037<br>New York, NY 10023 | 511 | 1/2/2020 | Dura G.P. | $1,409.60 | | | $870.50 | | $2,280.10 |

Claim Register
In re Dura G.P.
Case No. 19-12369

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Delchem, Inc<br>c/o Bankruptcy Claims Administrative Services, LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 | 809 | 1/6/2020 | Dura G.P. | $2,755.80 | | | | $5,511.60 | $8,267.40 |
| Donn Roll Inc.<br>C/o Bankruptcy Claims Administrative Services, LLC<br>100 Union Avenue<br>Suite 240<br>Cresskill, NJ 07626 | 794 | 1/6/2020 | Dura G.P. | $19,643.70 | | | | | $19,643.70 |
| DUDEK & BOCK SPRING MFG CO<br>5100 WEST ROOSEVELT ROAD<br>CHICAGO, IL 60650 | 539 | 1/3/2020 | Dura G.P. | $10,789.00 | | | | | $10,789.00 |
| Erbsloeh Aluminum Solutions, Inc.<br>c/o Max J. Newman<br>Butzel Long, a Professional Corporation<br>41000 Woodward<br>Stoneridge West<br>Bloomfield Hills, MI 48304 | 319 | 12/23/2019 | Dura G.P. | $504,439.85 | | | $505,015.17 | | $1,009,455.02 |
| Essence Fastening Systems (Shanghai) Co., LTD<br>Butzel Long<br>Thomas Radom<br>41000 Woodward Avenue<br>Stoneridge West<br>Bloomfield Hills, MI 48304 | 574 | 1/3/2020 | Dura G.P. | $396,092.55 | | | $43,456.85 | | $439,549.40 |
| Evonik Cyro LLC<br>c/o Bankruptcy Claims Adminstrative Services, LLC<br>100 Union Avenuem Suite 240<br>Cresskill, NJ 07626 | 813 | 1/6/2020 | Dura G.P. | $6,190.49 | | | | | $6,190.49 |
| Federal Insurance Company<br>Duane Morris LLP<br>Wendy M. Simkulak, Esquire<br>30 S. 17th Street<br>Philadelphia, PA 19103-4196 | 618 | 1/3/2020 | Dura G.P. | $0.00 | | $0.00 | | $0.00 | $0.00 |
| Great Northern Insurance Company<br>Duane Morris LLP<br>Wendy M. Simkulak, Esquire<br>30 S. 17th Street<br>Philadelphia, PA 19103-4196 | 663 | 1/3/2020 | Dura G.P. | $0.00 | | $0.00 | | $0.00 | $0.00 |
| Hain Capital Investors Master Fund, Ltd as Transferee of Plasti-Paint Inc<br>Attn: Cheryl Eckstein<br>301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 533 | 1/3/2020 | Dura G.P. | $1,212,716.19 | | | | | $1,212,716.19 |

Claim Register
In re Dura G.P.
Case No. 19-12369

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Hain Capital Investors Master Fund, Ltd as Transferee of Plasti-Paint Inc<br>Attn: Cheryl Eckstein<br>301 Route 17, 7th Floor<br>Rutherford, NJ 07070 | 534 | 1/3/2020 | Dura G.P. | $637,280.02 | | | | | $637,280.02 |
| HIBSHMAN SCREW MACHINE PROD<br>P.O. BOX 138<br>UNION, MI 49130-0138 | 653 | 1/6/2020 | Dura G.P. | $1,784.76 | | | | | $1,784.76 |
| Informs, Inc.<br>13055 Riley Street, Suite 10<br>Holland, , MI  49424 | 195 | 12/12/2019 | Dura G.P. | $1,684.80 | | | | | $1,684.80 |
| KELLER USA INC<br>2168 CAROLINA PLACE DR<br>FORT MILL, SC 29708 | 797 | 1/6/2020 | Dura G.P. | $12,623.91 | | | | | $12,623.91 |
| Lawrence County Advocate<br>P.O. Box 308<br>Lawrenceburg, TN  38464 | 1042 | 5/4/2020 | Dura G.P. | $3,890.63 | | | | | $3,890.63 |
| LPMS - USA Inc.<br>c/o Bankruptcy Claims Administrative Services, LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 | 823 | 1/6/2020 | Dura G.P. | $3,325.00 | | | | | $3,325.00 |
| Lucerne International Inc<br>Warner Norcross and Judd LLP<br>Attn: Susan M. Cook<br>715 E. Main Street<br>Suite 110<br>Midland, MI 48640 | 647 | 1/6/2020 | Dura G.P. | $186,675.74 | | | | | $186,675.74 |
| Mercedes-Benz AG<br>Burr & Forman LLP<br>Derek F. Meek, Esq.<br>420 20th Street North, Ste 3400<br>Birmingham, AL 35203 | 744 | 1/6/2020 | Dura G.P. | | | $0.00 | | $50,000.00 | $50,000.00 |
| Mercedes-Benz US international, LLC<br>Burr & Forman LLP<br>Derek F. Meek<br>420 20th Street North, Ste 3400<br>Birmingham, AL 35203 | 695 | 1/6/2020 | Dura G.P. | | | $0.00 | | $50,000.00 | $50,000.00 |
| MEYER LABORATORY, INC<br>2401 NW JEFFERSON ST<br>BLUE SPRINGS, MO 64051 | 422 | 12/30/2019 | Dura G.P. | | $1,399.32 | | | | $1,399.32 |

Claim Register
In re Dura G.P.
Case No. 19-12369

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Modern Automation<br>c/o Bankruptcy Claims Administrative Services, LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 | 906 | 1/6/2020 | Dura G.P. | $656.92 | | | | | $656.92 |
| MOVEMENT SEARCH LLC.<br>20 W. WASHINGTON ST.<br>SUITE 14<br>CLARKSTON, MI 48346 | 438 | 12/30/2019 | Dura G.P. | $22,000.00 | | | | | $22,000.00 |
| Omnex Engineering & Mgmt. Inc.<br>c/o Bankruptcy Claims Administrative Services, LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 | 891 | 1/6/2020 | Dura G.P. | $897.50 | | | | | $897.50 |
| Papp Plastics & Distributing Ltd<br>c/o Bankruptcy Claims Administrative Services, LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 | 850 | 1/6/2020 | Dura G.P. | $7,789.34 | | | | | $7,789.34 |
| Paragon Tempered Glass LLC f/k/a Tem-Pace LLC and Spec-Temp LLC<br>c/o Bankruptcy Claims Administrative Services, LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 | 905 | 1/6/2020 | Dura G.P. | $148,042.54 | | | $14,996.10 | | $163,038.64 |
| Patriarch Partners Management Group, LLC<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: Carl T. Tullson<br>920 North King Street<br>Wilmington, DE 19801 | 768 | 1/6/2020 | Dura G.P. | $1,484,996.56 | | | | | $1,484,996.56 |
| Plast O Foam, Llc c/o Fair Harbor Capital LLC<br>PO Box 237037<br>New York, NY 10023 | 557 | 1/3/2020 | Dura G.P. | $1,678.70 | | | $2,669.91 | | $4,348.61 |
| PROGRESSIVE FINISHES, INC.<br>501 INDUSTRIAL ROAD<br>ALABASTER, AL 35007 | 368 | 12/27/2019 | Dura G.P. | $0.00 | | | | | $0.00 |
| Robbins & Bohr, LLC<br>Joseph W. Robbins, Sr<br>420 Hudson Rd<br>P.O. Box 4046<br>Chattanooga, TN 37405 | 366 | 12/26/2019 | Dura G.P. | $1,143.51 | | | | | $1,143.51 |
| Robbins & Bohr, LLC<br>Joseph W. Robbins, Sr<br>420 Hudson Rd<br>P.O. Box 4046<br>Chattanooga, TN 37405 | 371 | 12/26/2019 | Dura G.P. | $8,649.33 | | | | | $8,649.33 |

Claim Register
In re Dura G.P.
Case No. 19-12369

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| THULE INC<br>42 SILVERMINE ROAD<br>SEYMOUR, CT 06483 | 939 | 1/8/2020 | Dura G.P. | $327,079.08 | | | $12,995.12 | | $340,074.20 |
| Vitro Automotriz, S.A. de C.V.<br>Cohen & Grigsby, P.C.<br>Thomas D. Maxson, Esq.<br>625 Liberty Avenue<br>Pittsburgh, PA 15222-3152 | 782 | 1/6/2020 | Dura G.P. | $279,618.55 | | | | | $279,618.55 |
| Vitro Automotriz, S.A. de C.V.<br>Cohen & Grigsby, P.C.<br>Thomas D. Maxson, Esq.<br>625 Liberty Avenue<br>Pittsburgh, PA 15222-3152 | 988 | 1/24/2020 | Dura G.P. | $299,368.55 | | | | | $299,368.55 |
| W.W. Grainger, Inc.<br>401 South Wright Road W4W.R47<br>Janesville, WI 53546 | 8 | 10/30/2019 | Dura G.P. | $8,931.14 | | | | | $8,931.14 |
| Westchester Fire Insurance Company<br>Duane Morris LLP<br>Wendy M. Simkulak, Esquire<br>30 S. 17th Street<br>Philadelphia, PA 19103-4196 | 620 | 1/3/2020 | Dura G.P. | $0.00 | | $0.00 | | $0.00 | $0.00 |
| Whitlam Group<br>c/o Bankruptcy Claims Administrative Services, LLC<br>100 Union Avenue, Suite 240<br>Cresskill, NJ 07626 | 874 | 1/6/2020 | Dura G.P. | $690.00 | | | | | $690.00 |
| Zohar II 2005-1, Limited<br>Young Conaway Stargatt & Taylor, LLP<br>Robert S. Brady, Michael R. Nestor,James L. Patton<br>Joseph M. Barry, James L. Patton, Ryan M. Bartley<br>1000 North King Street<br>Wilmington , DE 19801 | 735 | 1/6/2020 | Dura G.P. | | | $0.00 | | | $0.00 |
| Zohar III, Limited<br>Young Conaway Stargatt & Taylor, LLP<br>Robert S. Brady, Michael R. Nestor,James L. Patton<br>Joseph M. Barry, Ryan M. Bartley, Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801 | 727 | 1/6/2020 | Dura G.P. | | | $0.00 | | | $0.00 |